AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| United States of America<br>v.<br>Ryan O'Neil Grant<br><br>*Defendant* | ) | Case No. 3:26-mj-00287 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Ryan O'Neil Grant ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to and Manufacture, Distribute, or Possess Controlled Substance in violation of Title 21, United States Code, Section(s) 841(a)(1); 846 and Title 18, United States Code, Section 924(c), possession of a firearm in furtherance of drug trafficking.

Date: 10/22/26

[signature]

*Issuing officer's signature*

City and state: Portland, Oregon

Jeffrey Armistead, U.S. Magistrate Judge

*Printed name and title*

### Return

This warrant was received on *(date)* 10/22/26 , and the person was arrested on *(date)* 10/23/26

at *(city and state)* Portland OR .

Date: 10/23/26

[signature]

*Arresting officer's signature*

SA Cam Connolley

*Printed name and title*